1

2

3   Sallie A. Blackman State Bar No. 141830
    Attorney at Law
4   110 West C Street Suite 1300
    San Diego, California 92101
5   Telephone: (619) 334-6060
6   Facsimile:   (619) 334-7070

7   James P. Chandler
    Member of Bar of Washington D.C.
8   The Chandler Law Firm
    P.O. Box 27457
9   Washington D. C. 20038-7457
    Telephone: (202) 789-0234
10
11  Facsimile:   (202) 296-4098

12

13                 UNITED STATES DISTRICT COURT

14               EASTERN DISTRICT OF CALIFORNIA

15                        FRESNO DIVISION

16  James P. Chandler and Nahum D. Chandler  )  Case No.  1:07 –CV-00210-AWI-TAG
                                             )
17                              Plaintiffs,  )
                                             )  JOINT STIPULATION OF DISMISSAL
18  vs.                                      )  WITH PREJUDICE AND
                                             )  ORDER OF DISMISSAL WITH PREJUDICE
19  Maxine Inez Mays and Does 1 through 10   )
                                             )
20                              Defendants.  )
                                             )
21                                           )
                                             )
22                                           )
                                             )
23  _____

24

25      The parties to this action, JAMES P. CHANDLER and NAHUM D. CHANDLER, plaintiffs,

26  and MAXINE I. MAYS, by and through their counsel of record, hereby execute this Joint

27  Stipulation of Dismissal with Prejudice on the following terms and conditions:

28      1.    WHEREAS, James P. Chandler and Nahum D. Chandler filed suit against Maxine I.

    Mays in United States District Court for the Central District of California, Case No.1:07-CV-

00210AWI-TAG and Maxine I. Mays has brought counterclaims and other affirmative claims against James P. Chandler and Nahum D. Chandler in Case No.1:07-CV-00210AWI-TAG (Case No. 1:07-CV-00210AWI-TAG is referred to hereinafter as the "Federal Action"); and

2.    WHEREAS, the Parties wish to resolve their disputes, including all claims brought by the Parties in the Federal Action;

3.    NOW, THEREFORE, in consideration of the mutual covenants contained in a settlement agreement signed by the parties and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties, by and through their counsel, stipulate:

a.    The quiet title order should vest title in the following named individuals: James P. Chandler, Juanita Phillips, Edith Sellers, Mildred Sumlin, Rebekah Benjamin, Arnold L. Chandler, Timothy A. Chandler, Wil N. Chandler, Alice P. Johnson, Clarissa Lillie Mae Chandler, and Nahum D. Chandler, as tenants in common, to the following parcels: Parcel 1, Assessor's Parcel Number 172-060-04, together with and including a right of way from Cottonwood Road to the interior of said parcel, more particularly described in Exhibit A hereof, which is incorporated by reference in this stipulation and order, being the same parcel conveyed by John Everett Crown and Helen Crown to J.A. Harris and Idonia Harris, Robert C. Mays and Maxine Mays, and Isaac Chandler and Lillie Mae Chandler in a certain grant deed recorded March 9, 1960 in the Kern County Recorder's Office, Bakersfield, California, Book 3246 Page 778, and Parcel 2, part and parcel to a well site of at least twenty five feet square located on Lot 28 of Section 16, Township 30 South, Range 28 East, Mount Diablo Meridian, including access road right of way from Cottonwood Road to said well site of approximately 300 feet long and 60 feet wide further described in Exhibit A , and more particularly described in a deed from J.A, Harris and Idonia Harris, Robert C. Mays and Maxine Mays, and Isaac Chandler and Lillie Mae Chandler to Robert Mays and Maxine Mays and Isaac Chandler and Lillie Mae Chandler, Book 3305 Page 68 recorded in Official Records of Kern County, California, on September 22, 1960.

b.   That plaintiffs' claim for quiet title should be granted and that all remaining claims and counterclaims should be dismissed with prejudice.

**IT IS SO STIPULATED**.

DATED: July 17, 2007                        /s/ Sallie A. Blackman

                                            _____

                                            SALLIE A. BLACKMAN
                                            110 West C Street Suite 1300
                                            San Diego, California 92101

                                            On behalf of James P. Chandler
                                            and Nahum D.Chandler

DATED: July 18, 2007                         /s/ Jeremy J. Schroeder

                                            _____

                                            JEREMY J. SCHROEDER
                                            CLIFFORD & BROWN
                                            1430 Truxtun Avenue, Suite900
                                            Bakersfield, California 93301

                                            On behalf of Maxine I. Mays

## <u>ORDER</u>

The Court, having considered the parties' Joint Stipulation of Dismissal With Prejudice, and good cause appearing, enters judgment in accordance with the terms and conditions set forth in the parties' Joint Stipulation of Dismissal With Prejudice. Title to the land described in the Joint Stipulation of Dismissal With Prejudice is hereby quieted in the following named individuals: James P. Chandler, Juanita Phillips, Edith Sellers, Mildred Sumlin, Rebekah Benjamin, Arnold L. Chandler, Timothy A. Chandler, Wil N. Chandler, Alice P. Johnson, Clarissa Lillie Mae Chandler, and Nahum D. Chandler, as tenants in common. The above-captioned Federal Action, including all claims, all counterclaims, all affirmative claims, are dismissed with prejudice.

The Clerk of the Court is DIRECTED to close this file.


IT IS SO ORDERED.


**Dated:    July 20, 2007**                          _____/s/ Anthony W. Ishii_____

                                           UNITED STATES DISTRICT JUDGE